RECEIVED
IN MONROE, LA

JAN 2 4 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DOROTHY COOPER | CIV. ACTION NO. 07-1208 |
| VERSUS | JUDGE ROBERT G. JAMES |
| COLDWELL BANKER, ET AL. | MAG. JUDGE MARK L. HORNSBY |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 7] filed by Defendants is GRANTED IN PART and DENIED IN PART. The motion is GRANTED as to Defendant Daryl Beasley, and the claims against him are DISMISSED WITH PREJUDICE. The motion is DENIED as to Defendants Scott Dove and Group One Realty, LLC, and the claims remain pending against those Defendants.

MONROE, LOUISIANA, this 24 day of January, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE